UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY GREEN, *et al.*, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Civ. No. 15-cv-0505 (KBJ) |
| ) | |
| WASHINGTON NATIONALS ) | |
| BASEBALL CLUB LLC, ) | |
| ) | |
| DEFENDANT. ) | |

**PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT**

On June 30, 2015, the parties in this matter notified the Court that they have reached a settlement in principle. (ECF No. 9.) Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice. If settlement is not consummated, either party may reopen the action until **August 14**, **2015**, upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice.

Date: June 30, 2015

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge